852

No. 159, Misc. BANDY *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox* for the United States.

No. 234, Misc. BANDY *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox* for the United States. Reported below: —— F. 2d ——.

No. 235, Misc. BANDY *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Reported below: —— F. 2d ——.

No. 160, Misc. ANTHONY *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 162, Misc. LARSON *v.* BOLES, WARDEN. Supreme Court of Appeals of West Virginia. Certiorari denied.

No. 165, Misc. DANIELS *v.* BANNAN, WARDEN. Supreme Court of Michigan. Certiorari denied.

No. 167, Misc. TRUMBLAY *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 168, Misc. GEORGE *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 175, Misc. ODELL *v.* BURKE. Supreme Court of Wisconsin. Certiorari denied.

No. 171, Misc. HINES *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.